# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Abraham D.M., | Case No. 20-CV-1350 (DSD/BRT) |
| Petitioner, | |
| v. | **ORDER** |
| William P. Barr, Secretary of Homeland Security, Director of St. Paul Field Office, Peter Berg, and Kurt Freitag, | |
| Respondents. | |

IT IS HEREBY ORDERED THAT:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Petitioner Abraham D.M., within 30 days of this Order's date, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's incarceration, in light of the issues raised in the petition;

    b. A reasoned memorandum of law and fact fully stating Respondents' legal position on Petitioner's claims; and

2

    c.    Respondents' recommendation on whether an evidentiary hearing should be conducted in this matter.

3. If Petitioner intends to file a reply to Respondents' answer, he must do so within 30 days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4. Petitioner's application to proceed *in forma pauperis* (Doc. No. 2) is **GRANTED**.

Dated: June 12, 2020                  *s/ Becky R. Thorson*
                                          BECKY R. THORSON
                                          United States Magistrate Judge